JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ORGANIZATION OF ASSISTANCE FOR HOMEOWNERS OF CALIFORNIA a dba FINANCIAL WELLNESS FOR HOMEOWNERS OF ORANGE COUNTY CORPORATION a Non-Profit Homeowner Organization representing Individual Members; ZUHEY APARICIO, GUILLERMO AQUINO, BRUCE BAHN, VILMA BARERRA, FRANCES CAO, PEDRO CARBAJAL, CONRADO CORPUZ, ROLLY CHENG, RUSS CHICO, MANUEL CRUZ, FLORDELIZA CANILAS, FLORO ESPINOSA, ANTONIO ESPINOZA, BUENA ESCANO, ABDELLAH HACHIMI, JESUS HERNANDEZ, CARLOS HERRERA, MARIA JIMENEZ, KHE LE, PATRICIO SULIT, TRINH MAI, VIOLETA J. MONTERO, CONCETTA MCBRIDE, ORALIA ONTIVEROS, THOMAS POWELL, CARMELITA SUSBILLA, JESUS | Case No. 8:11-cv-00578-JST (RNBx)<br><br>**ORDER RE: JOINT STIPULATION REGARDING DISMISSAL OF CASE AND RESPONSE TO OSC**<br><br>*[Filed concurrently with Proposed Order]* |

| | |
|---|---|
| 1 | SAN ROQUE, DANIEL SUTTON, JACK TRAN, LUCIA TUQUERO, STEPHANIE TAGUDAR, BOBBIE WILSON, JULIANN MINHTHAO TRAN, JACK TRAN, ILUMINADA RETUTA, RAFAEL RODRIGUEZ, MIGUEL LINA, MARIA RODRIGUEZ, MARIA ZETA TORRES, SUMIKAT DE JESUS, LIZ MAGBUAL, VIVENCIA OBISPO, MICHELLE CABESAS, KUM SOO SEOL, NICK BARIT, CHELSEA TAE-RYOUNG PARK, SHIRLEY BERNALDEZ, DIOSDADO SADANGSAL, GUILLERMO GUCE, CARILITO MENDOZA, EMERALDA MACTAL, MARTHA ESPINOZA, EULOGIA QUAILE, SHERRYL LISING, ROBERT RUBIO, JOEL SALVADOR, PHUONG TRAN, MICHAEL MCCARTHY; individuals,, on behalf of themselves and all others similarly situated ROES 60 through 1000, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, a Delaware corporation;, and DOES 1 through 100, inclusive,<br><br>Defendants. | |

Having read the JOINT STIPULATION REGARDING DISMISSAL OF CASE AND RESPONSE TO OSC, and good cause appearing therefor, IT IS

1 | ORDERED that the Stipulation is approved.  This matter is dismissed
2 | WITHOUT PREJUDICE.
3 |     IT IS SO ORDERED.
4 |
5 | Dated:  June 21, 2011
6 |
7 |                                     Hon. Josephine S. Tucker
8 |                                     United States District Judge